

*District of Colorado*

*I, Jeffrey P. Colwell, Clerk of the United States District Court, certify that*

# Brittany Lay Shrader

*was duly admitted and qualified to practice as an attorney in the District Court on the 17th day of April, 2019.*

*In testimony whereof, I sign my name and affix the seal of this court, on this 17th day of April, 2019.*

_____
*Clerk*

