AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Brian George Liegel**, Florida Bar # **119269**, was duly admitted to practice in this Court on **November 02, 2015**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on July 12, 2019.



*Angela E. Noble*
*Court Administrator ● Clerk of Court*