## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **RICARDO HARRIS**, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GEORGIA DEPARTMENT OF CORRECTIONS**, *et al.*,<br><br>Defendants. | Civil Action No. 5:18-cv-00365-TES<br><br>**CLASS ACTION**<br><br>PLAINTIFFS' MOTION TO SUBSTITUTE NAMED CLASS REPRESENTATIVES |

### PLAINTIFFS' UNOPPOSED MOTION
### TO SUBSTITUTE A CLASS REPRESENTATIVE

Plaintiffs Ricardo Harris, Tommy Green, Tony Moore, Jr., Christopher Shields, Andrew Smith, Darrell Smith, Jr., and Jorae Smith, by and through their undersigned counsel, hereby submit this Unopposed Motion to Substitute a Class Representative under Rules 21 and 23 of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying memorandum of law, Plaintiffs seek to add class member Mark Birdow as a class representative. A current class representative, Tony Moore, is no longer incarcerated, and no longer wishes to participate in this class action. Further, during the course of this litigation, former class representative Leroy Henderson passed away. Proposed class representative Mark Birdow, who is currently at Augusta State Medical Prison is a member of the certified class, meets the requirements to serve as a class representative. Defendants do not oppose this Motion. Therefore, the Court should grant this

Unopposed Motion to Substitute and add Mark Birdow as a class representative. A brief in support of this Motion and an amended complaint is attached.[1]

Respectfully submitted this 28th day of July, 2022.

| | |
|---|---|
| /s/ Ralph Miller<br>Ralph Miller, *pro hac vice*<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW<br>Suite 600<br>Washington, DC 20036<br>Phone: (202) 682-7000<br>Ralph.Miller@weil.com<br><br>Aaron Curtis, *pro hac vice*<br>Samin Mossavi, *pro hac vice*<br>767 Fifth Avenue<br>New York NY 10153<br>Phone (212) 310-8000<br>Aaron.Curtis@weil.com<br>Samin.Mossavi@weil.com<br><br>Brian Liegel, *pro hac vice*<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131<br>Phone: (305) 577-3180<br>Brian.Liegel@weil.com | Susan Mizner, *pro hac vice*<br>Zoe Brennan-Krohn, *pro hac vice*<br>Talila A. Lewis, *pro hac vice*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, CA 94111<br>Phone: (415) 343-0781<br>Fax: (415) 395-0950<br>SMizner@aclu.org<br>ZBrennan-Krohn@aclu.org<br>Talila.A.Lewis@gmail.com<br><br>Andres Lopez-Delgado<br>Georgia Bar No. 552876<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF GEORGIA, INC.<br>P.O. Box 570738<br>Atlanta, GA 30357<br>Phone: (678) 981-5295<br>Fax: (770) 303-0060<br>ADelgado@acluga.org<br><br>Brittany Shrader, *pro hac vice*<br>Anna Bitencourt, *pro hac vice*<br>NATIONAL ASSOCIATION OF THE DEAF<br>8630 Fenton Street, Suite 820<br>Silver Spring, MD 20910<br>TTY: (301) 587-1789<br>Fax: (301) 587-1791<br>Brittany.Shrader@nad.org<br>Anna.Bitencourt@nad.org |

---

[1] The amended complaint also has been updated to reflect the dismissal of certain individual defendants and Plaintiff Leroy Henderson. (Doc Nos. 63, 93).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

>
> /s/ Ralph Miller
> Ralph Miller, *pro hac vice*
> WEIL, GOTSHAL & MANGES LLP
> 2001 M Street, NW
> Suite 600
> Washington, DC 20036
> Phone: (202) 682-7000
> Ralph.Miller@weil.com