IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICARDO HARRIS,** *et al.*, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>**GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.*, <br><br>Defendants. | Civil Action No. 5:18-cv-00365-TES <br><br>**CLASS ACTION** <br><br>ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE NAMED CLASS REPRESENTATIVES |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE A CLASS REPRESENTATIVE

Having read and considered the foregoing Motion for Order Substituting Party and good cause appearing therefore,

IT IS ORDERED that Plaintiffs' motion is GRANTED; it is further ORDERED that MARK BIRDOW is substituted as a class representative in this action in the place and stead of TONY MOORE.

IT IS SO ORDERED, this 28th day of July, 2022.

S/ Tilman E. Self, III
The Honorable Tilman E. Self, III,
Judge
United States District Court
Middle District of Georgia, Macon Division