THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICARDO HARRIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| GEORGIA DEPARTMENT | ) 5:18-CV-365-TES |
| OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PROTECTIVE ORDER

Before the Court is a Consent Motion for Protective Order, and upon consideration of the grounds for seeking the protective order, the Court hereby GRANTS the motion. The Court further ORDERS that:

1. Plaintiffs' counsel and consultant(s) will be permitted to inspect certain areas at Augusta State Medical Prison; Pulaski State Prison; Macon State Prison; Central State Prison; and Georgia Diagnostic and Classification Prison (collectively, the "GDC Facilities") at an agreed upon date and time.

2. Plaintiffs' counsel and consultants SHALL conduct their inspections of the GDC Facilities in accordance with the Facility Inspection Protocol attached hereto as **Exhibit A**.

**SO ORDERED,** this 6 day of September, 2022.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT