# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RICARDO HARRIS,** *et al.*, <br><br> **v.** <br><br> **GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.*, <br><br> *Defendants.* | **CIVIL ACTION NO.** <br> **5:18-cv-00365-TES** |

# AMENDED SCHEDULING ORDER

On June 8, 2023, the parties jointly filed a Motion for an Amended Scheduling Order to give the State adequate time to depose Plaintiffs' expert in light of a medical emergency that one of the State's attorneys experienced. [Doc. 164]. The Parties propose the following deadlines:

| EVENT | PARTIES' PROPOSED DEADLINE |
|---|---|
| State's expert reports due | June 26, 2023 |
| The State to make its experts available for deposition | July 3-July 24, 2023 |
| Plaintiffs' rebuttal expert reports due | August 7, 2023 |
| Close of expert discovery | August 28, 2023 |
| Deadline for the State to amend expert reports | 10 calendar days after the delivery of the final transcript of the deposition of Richard Ray or September 15, 2023, whichever is sooner |
| Dispositive and *Daubert* motions due | September 25, 2023 |
| Responses in opposition to dispositive and *Daubert* motions due | October 23, 2023 |
| Replies in support of dispositive and *Daubert* motions | November 13, 2023 |

Specifically, the parties jointly request that the Court permit the State until August 28, 2023—the close of expert discovery under the current Amended Scheduling Order—to take the deposition of Mr. Ray, and further request that the Court allow the State's experts to serve amended reports within 10 calendar days of the delivery of the final transcript of the deposition of Richard Ray or on September 15, 2023, whichever is sooner. [Doc. 164, p. 2]. The Parties finally request that the Court allow Plaintiffs to depose or re-depose, as the case may be, any expert serving an amended report on behalf of the State regarding any amendments or supplementation made by such expert.[1] [*Id.* at pp. 2–3].

Accordingly, the Court **GRANTS** the parties' Joint Motion to Amend Scheduling Order, [Doc. 164], and **ORDERS** that the Scheduling and Discovery Order be amended as outlined in the Motion.

**SO ORDERED**, this 9th day of June, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The parties agree that any rebuttal expert reports from Plaintiffs will be limited "to contradict or rebut evidence on the same subject matter identified" in the State's expert reports. *See* Fed. R. Civ. P. 26(a)(2)(D)(ii). The Parties also agree that the State may depose, or re-depose as may be, any purported expert who submits a rebuttal report for Plaintiffs in this action. Plaintiffs may depose, or re-depose as may be, any expert serving an amended report on behalf of the State. The Parties agree that the scope of any such deposition or re-deposition will be limited to any amendments or supplementation made by an expert for the State in response to the deposition of Richard Ray.