IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICARDO HARRIS,** *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.*,<br><br>Defendants. | Case No. 5:18-cv-00365-TES<br><br>**CLASS ACTION** |

### JOINT MOTION TO FILE EVIDENCE UNDER SEAL

Plaintiffs and Defendants, through counsel, respectfully submit this joint motion to file evidence and documents under seal in connection with their forthcoming dispositive and *Daubert* motions, presently due September 25, 2023. In support thereof, the Parties respectfully show the Court as follows:

1. On December 28. 2022, this Court entered the operative amended Protective Order in this matter. [ECF # 155]. The Order stipulates that any document designated as confidential by either party "shall be filed under seal or with the confidential information redacted, following the Court's applicable rules for such filing." *Id.* at 2 ¶ 4.

2. Both Plaintiffs and Defendants anticipate referring to documents designated as Confidential or Highly Confidential – Attorneys' Eyes Only in connection with their upcoming dispositive and *Daubert* motions. Pursuant to the Protective Order, the Parties

wish to file such information in connection with those motions under seal or in redacted form.

3. The Parties have conferred and have no objection to the filing of such Confidential or Highly Confidential – Attorneys' Eyes Only information under seal.

4. The Parties will transmit electronic versions of the under seal filings and exhibits to the Clerk's office in accordance with the Middle District of Georgia's administrative procedures.

## Conclusion

For the reasons stated above, the Parties respectfully request that this Court grant their Motion to File Evidence Under Seal in connection with their simultaneously filed dispositive and *Daubert* motions.

Respectfully submitted this 20th day of September, 2023.

/s/Andres Lopez-Delgado
Andres Lopez-Delgado
Georgia Bar No. 552876
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
Phone: (678) 981-5295
Fax: (770) 303-0060
ADelgado@acluga.org

W. Sutton Ansley, *pro hac vice*
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW

Susan Mizner, *pro hac vice*
Zoe Brennan-Krohn, *pro hac vice*
Talila A. Lewis, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATIO
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0781
Fax: (415) 395-0950
SMizner@aclu.org
ZBrennan-Krohn@aclu.org
Talila.A.Lewis@gmail.com

Suite 600
Washington, DC 20036
Phone: (202) 682-7000
Sutton.Ansley@weil.com

Aaron Curtis, *pro hac vice*
Samin Mossavi, *pro hac vice*
767 Fifth Avenue
New York NY 10153
Phone (212) 310-8000
Aaron.Curtis@weil.com
Samin.Mossavi@weil.com

Brian Liegel, *pro hac vice*
Leah Saiontz, *pro hac vice*
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Phone: (305) 577-3180
Brian.Liegel@weil.com
Leah.Saiontz@weil.com

Brittany Shrader, *pro hac vice*
Anna Bitencourt, *pro hac vice*
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
TTY: (301) 587-1789
Fax: (301) 587-1791
Brittany.Shrader@nad.org
Anna.Bitencourt@nad.org

*Attorneys for Plaintiffs*


/s/ William R. Lunsford
William R. Lunsford (*Pro Hac Vice*)
Matthew B. Reeves (*Pro Hac Vice*)
Andrew T. Toler (*Pro Hac Vice*)
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
andrew.toler@butlersnow.com

Anne Adams Hill (*Pro Hac Vice*)
**BUTLER SNOW LLP**
250 Commerce Street
Suite 100
Montgomery, Alabama 36104
Telephone: (334) 832-2900
Facsimile: (334) 832-2901

anne.hill@butlersnow.com

Tina M. Piper
Cristina M. Correia
Meghan R. Davidson
**Office of the Attorney General**
**Georgia Department of Law**
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 657-3983
Facsimile: (404) 463-8864
tpiper@law.ga.gov
ccorreia@law.ga.gov
mdavidson@law.ga.gov

*Attorneys for the State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/*Andres Lopez-Delgado*

Andres Lopez-Delgado
Georgia Bar No. 552876
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
Phone: (678) 981-5295
Fax: (770) 303-0060
ADelgado@acluga.org