IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICARDO HARRIS**, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.*,<br><br>Defendants. | Case No. 5:18-cv-00365-TES<br><br><u>**CLASS ACTION**</u> |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Ricardo Harris, Jorae Smith, Darrell Smith Jr., Mark Birdow, Christopher Shields, and Tommy Green, on behalf of themselves and members of the class they represent, (*see* ECF No. 121), by and through their attorneys, bring this Motion for Partial Summary Judgment pursuant to Federal Rule of Procedure 56. Defendants Georgia Department of Corrections (GDC), Georgia State Board of Pardons and Paroles (P&P), and GDC Commissioner Tyrone Oliver, deny Plaintiffs and class members access to the auxiliary aids and services, reasonable modifications, and medical care they require to communicate and participate equally in GDC and P&P services, programs, and activities, in violation of the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act (Section 504), and the Eighth Amendment to the Constitution.

As set forth in Plaintiffs' accompanying Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs submit that there is no genuine dispute of material fact that Defendants continue to act unlawfully, and that Plaintiffs and class members are therefore

1

entitled to summary judgment against Defendants, with respect to the following portions of Counts I, II, and III of the Amended Complaint (ECF No. 136-2):

1. Defendant GDC fails to identify and assess deaf and hard of hearing people in GDC custody, in violation of the ADA and Section 504, as pled within Counts I and II. ECF 136-2 at ¶¶ 34-38, 167-186.

2. Defendant GDC fails to provide equally effective communication and equal access to class members in group encounters, such as classes, therapeutic programming, and religious services, in violation of the ADA and Section 504, and as pled within in Counts I and II. ECF 136-2 at ¶¶ 45-49, 167-186

3. Defendant GDC fails to provide equally effective communication and equal access to class members in medical and mental health encounters, in violation of the ADA and Section 504, and as pled within Counts I and II. ECF 136-2 at ¶¶ 71, 73-77, 167-186.

4. Defendant GDC fails to provide equal access to telecommunications for class members who need captioned phones, in violation of the ADA and Section 504, as pled within Counts I and II. ECF 136-2 at ¶¶ 86-87, 90, 167-186.

5. Defendant GDC fails to make reasonable modifications to its handcuffing policy for class members who communicate using sign language, in violation of the ADA and Section 504, as pled within Counts I and II. ECF 136-2 at ¶¶ 99-100, 167-186.

6. Defendant Tyrone Oliver acts with deliberate indifference by failing to provide consistent, timely access to hearing aids for class members who require them, in violation of the Eighth Amendment to the United States Constitution, as pled within Count III. ECF 136-2 at ¶¶ 72, 187-195.

7. Defendant Georgia Board of Pardons and Paroles (P&P) fails to provide equally effective communication and equal access to the information it conveys to incarcerated people at the beginning of their incarceration, in violation of the ADA and Section 504, as pled within Counts I and II. ECF 136-2 at ¶¶ 58-66, 167-186.

This conduct violates the ADA, Section 504, and the Eighth Amendment as a matter of law.

Respectfully submitted this 25th day of September 2023,

/s/ Zoë Brennan-Krohn

W. Sutton Ansley, *pro hac vice*  
WEIL, GOTSHAL & MANGES LLP  
2001 M Street, NW  
Suite 600  
Washington, DC 20036  
Phone: (202) 682-7000

Susan Mizner, *pro hac vice*  
Zoë Brennan-Krohn, *pro hac vice*  
West Resendes, *pro hac vice*  
Talila A. Lewis, *pro hac vice*  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION

Sutton.Ansley@weil.com

Brian Liegel, *pro hac vice*
Leah Saiontz, *pro hac vice*
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Phone: (305) 577-3180
Brian.Liegel@weil.com
Leah.Saiontz@weil.com

Aaron Curtis, *pro hac vice*
Samin Mossavi, *pro hac vice*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York NY 10153
Phone (212) 310-8000
Aaron.Curtis@weil.com
Samin.Mossavi@weil.com

Brittany Shrader, *pro hac vice*
Anna Bitencourt, *pro hac vice*
NATIONAL ASSOCIATION OF THE DEAF
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
TTY: (301) 587-1789
Fax: (301) 587-1791
Brittany.Shrader@nad.org
Anna.Bitencourt@nad.org

DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0781
Fax: (415) 395-0950
SMizner@aclu.org
ZBrennan-Krohn@aclu.org
WResendes@aclu.org
Talila.A.Lewis@gmail.com

Cory Isaacson
Georgia Bar No. 983797
Andrés López-Delgado
Georgia Bar No. 552876
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, GA 30357
Phone: (678) 981-5295
Fax: (770) 303-0060
CIsaacson@acluga.org
ADelgado@acluga.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ Zoë Brennan-Krohn
Zoë Brennan-Krohn, *pro hac vice*
American Civil Liberties Union Foundation
Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0781
ZBrennan-Krohn@aclu.org