# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**RICARDO HARRIS, et al.,**

    **Plaintiffs,**

    **v.**

**GEORGIA DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**

**CIVIL ACTION NO.
5:18-CV-00365-TES**

**[Magistrate Judge Bly]**

## ORDER

The parties and their counsel seek authorization to bring cell phones and computers/laptops/printers/tablets into the courtroom for use during the settlement conference in this case.

**IT IS HEREBY ORDERED** that Bill Lunsford, Matt Reeves, Anne Hill, Randy Robert, Tina Piper, Cristina Correia, Andrea Smith, Kristi Simpson, Aaron Curtis, Giana SanGiovanni, Wes Resendes, Heidi Thomas, Andrew Toler, Samin Mossavi, Anne Leahy, Hailey Andress, Jennifer Ammons, Zoe Brennan-Krohn, Brian Liegel, Aaron Curtis, Andres Lopez-Delgado, Brittany Shrader, Cory Issacson, and Michelle Fraling are allowed to bring their cell phones and computers/laptops/CART operating equipment/printers/tablets into the

courthouse for the settlement conference in this case in Courtroom 2008, 20th Floor, United States Courthouse and Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, on Wednesday, November 6 and Tuesday, November 7, 2024 at 9:00 a.m. In addition to the electronic equipment listed above, Hailey Andress is permitted to bring her service dog into the courtroom for both days of the settlement conference.

**IT IS SO ORDERED,** this 25th day of October, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE