**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RICARDO HARRIS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:18-cv-00365-TES** |
| | ) | |
| **GEORGIA DEPARTMENT OF** | ) | |
| **CORRECTIONS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING JOINT MOTION TO RESOLVE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION WITHOUT EVIDENTIARY HEARING**

Having considered the Parties' Joint Motion to Resolve Plaintiffs' Motion for Preliminary Injunction Without an Evidentiary Hearing, and for good cause shown, the Court hereby GRANTS the Parties' request.

The Court ORDERS that it will resolve Plaintiffs' Motion for Preliminary Injunction (Doc. 290) without an evidentiary hearing. Accordingly, the Court vacates the order setting an evidentiary hearing on January 5, 2027, at 9:00 a.m.

The briefing deadlines established by the Court remain unchanged. The State shall file its response to Plaintiffs' Motion for Preliminary Injunction by November 30, 2026, and Plaintiffs shall file their reply by December 30, 2026. (Doc. 298).

SO ORDERED this ____18th___ day of November, 2026.

/s/Tilman E. Self, III
Hon. Tilman E. Self, III
United States District Judge